**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1719**

_____

JOSEPH C. SUN,

Plaintiff - Appellant,

versus

TOWN OF JACKSON; J. M. HESS; DENNIS RUSHTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken.  R. Bryan Harwell, District Judge.  (CA-04-684-1-RBH)

_____

Submitted:  November 28, 2005       Decided:  December 9, 2005

_____

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph C. Sun, Appellant Pro Se.  Vinton DeVane Lide, VINTON D. LIDE & ASSOCIATES, Lexington, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph C. Sun appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sun v. Town of Jackson, No. CA-04-684-1-RBH (D.S.C. June 9, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED